## DANIEL FREILER ET AL. v. F. G. KEAR ET AL.

APPEAL BY F. G. KEAR FROM THE COURT OF COMMON PLEAS OF SCHUYLKILL COUNTY.

Argued February 19, 1890—Decided March 3, 1890.

Before PAXSON, C. J., STERRETT, GREEN, CLARK, WILLIAMS and MITCHELL, JJ.

No. 116 January Term 1890, Sup. Ct.; court below, No. 100 January Term 1885, C. P.

On June 14, 1889, the record from this court of the case reported as Freiler v. Kear, 126 Pa. 470, was filed in the court below. For the facts, see the former report, and specially the modifying order of the Supreme Court dated June 7, 1889, 126 Pa. 477.

On September 16, 1889, the court below fixed a day " for argument in the above case," and on November 26, 1889, an opinion was filed (not printed in the paper-books), with an order directing judgment to be entered on the verdict. Thereupon, the defendant Kear took this appeal, filing assignments of error, all relating to rulings made during the first trial in the court below, except one specifying that the court erred:

6. In entering judgment on the verdict of the jury.

*Mr. David A. Jones* (with him *Mr. John W. Ryon*), for the appellant.

*Mr. Geo. J. Wadlinger* (with him *Mr. John A. Nash*), for the appellees.

PER CURIAM:

This case has been here before: Freiler v. Kear, 126 Pa. 470. There is nothing in its present aspect that requires further discussion.

Judgment affirmed.